# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135010

LORENZO C. TOWNSEND, #201112

      Plaintiff-Appellant,

v

FRANCIS A. KRCMARIK,

      Defendant-Appellee.

SC: 135010
CoA: 279722

_____

      On order of the Chief Justice, the motion for reconsideration of the order of October 8, 2007 is considered and it is DENIED because it does not appear the order was entered erroneously.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2007



Clerk